

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Isabel Cortes and Johnny Fernandes, Appellants

No. 06-17-00121-CV          v.

Sharon Wendl as Attorney in Fact and a/n/f for Ada Edna Hardy, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. 2016-348). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellants, Isabel Cortes and Johnny Fernandes, pay all costs of this appeal.

RENDERED JUNE 20, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk